NANCY L. OBER, Bar No. 49683
Email: nlober@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax: 415.399-8490

Attorneys for Defendant
KAR HOLDINGS, INC. GROUP HEALTH PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SHROYER,<br><br>     Plaintiff,<br><br>vs.<br><br>KAR HOLDINGS, INC. GROUP HEALTH PLAN; ANTHEM HEALTH PLANS OF KENTUCKY, INC. dba ANTHEM BLUE CROSS BLUE SHIELD,<br><br>     Defendants. | Case No. 2:11-CV-00765-WBS-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO RESPOND TO COMPLAINT**<br><br>**[L.R. 144]**<br><br>Complaint Filed: March 21, 2011 |

Plaintiff JENNIFER SHROYER and Defendant KAR HOLDINGS, INC. GROUP HEALTH PLAN (the "Plan"), through their respective counsel, hereby stipulate and agree as follows:

The time within which Defendant may respond to the Complaint is extended to and including May 20, 2011.

There have been no previous extensions of time in this matter.

This extension will not alter the date of any event or deadline already fixed by Court order.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER                                   Case No. 2:11-CV-00765-WBS-GGH

Dated: April 18, 2011

/s/
NANCY L. OBER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
KAR HOLDINGS, INC. GROUP HEALTH PLAN

Dated: April 19, 2011

/s/
LISA S. KANTOR
ELIZABETH K. GREEN
KANTOR & KANTOR
Attorneys for Plaintiff
JENNIFER SHROYER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

DATED: April 22, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER        2.        Case No. 2:11-CV-00765-WBS-GGH