1  William E. von Behren (Bar No. 106642)
   bvonbehren@mmhllp.com
2  Carol B. Lewis (Bar No. 130188)
   clewis@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendant
   ANTHEM BLUE CROSS OF KENTUCKY, INC.
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 JENNIFER SHROYER,                     ) Case No. 2:11-CV-00765-WBS-GGH
                                          )
12        Plaintiff,                      ) **STIPULATION TO CONTINUE**
                                          ) **DISCOVERY CUT-OFF DATE**
13   vs.                                  ) **AND MOTION CUT-OFF DATE**
                                          ) **AND ORDER THEREON**
14 KAR HOLDINGS, INC. GROUP               )
   HEALTH PLAN; ANTHEM HEALTH             )
15 PLANS OF KENTUCKY, INC. dba            )
   ANTHEM BLUE CROSS BLUE                 )
16 SHIELD,                                )
                                          )
17        Defendants.                     )
                                          )
18

19        This Stipulation is made by and between Plaintiff JENNIFER SHROYER

20 ("Plaintiff") and defendants ANTHEM BLUE CROSS OF KENTUCKY, INC.,

21 erroneously sued herein as ANTHEM HEALTH PLAN OF KENTUCKY, INC., dba

22 ANTHEM BLUE CROSS BLUE SHIELD ("ANTHEM"), and KAR AUCTION

23 SERVICES, INC. (f/k/a KAR HOLDINGS, INC.) GROUP HEALTH PLAN

24 ("KAR") by and through their respective attorneys of record, and is based upon the

25 following facts:

26        1.    On July 21, 2011, this Court issued its Pretrial Scheduling Order setting

27 dates, including a discovery cut-off date of January 31, 2012 and a motion cut-off

28 date of February 28, 2012

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

1   Case No. 2:11-CV-00765-WBS-GGH
    STIPULATION TO CONTINUE DISCOVERY
    CUT-OFF DATE

2. On December 9, 2011 plaintiff served written discovery on Defendants consisting of Plaintiff's Special Interrogatories, Request for Admissions and Request for Production of Documents. Plaintiff also served a deposition notice setting the deposition of Anthem's Person Most Knowledgeable for January 24, 2012.

3. As a result of the difficulty in obtaining the information needed to respond to the discovery and/or identifying suitable witness(es) and to prepare them for their depositions during the intervening holiday season, Plaintiff and Anthem have agreed to extend the deadline for responding to the outstanding written discovery from January 12, 2012 to and including February 13, 2012. The extended deadlines apply to the written discovery served on both Anthem and KAR. Plaintiff and Anthem have also agreed reschedule the deposition of Anthem's Person Most Knowledgeable to a mutually agreeable date in February, 2012.

4. In order to give the parties the time necessary to ascertain the information necessary to provide full and complete responses to the outstanding discovery and to identify and prepare the appropriate PMK witnesses, the parties respectfully submit that good cause exists to extend the discovery cut-off date to March 1, 2012 and the motion cut-off date to March 29, 2012.

Based on the foregoing, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, by and through their respective attorneys of record as follows:

1. The discovery cut-off date, currently set for January 31, 2012, be continued to March 1, 2012;

2. The motion cut-off date, currently set for February 28, 2012, be continued to March 29, 2012.

IT IS SO STIPULATED.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

2

Case No. 2:11-CV-00765-WBS-GGH
STIPULATION TO CONTINUE DISCOVERY
CUT-OFF DATE

Dated: December 22, 2011                MESERVE, MUMPER & HUGHES LLP
                                        William E. von Behren
                                        Joann V. Lee


                                        By:    /S/ - William E. von Behren
                                               William E. von Behren
                                               Attorneys for Defendant
                                               ANTHEM BLUE CROSS OF
                                               KENTUCKY, INC.


Dated: December 22, 2011                Lisa S. Kantor
                                        Elizabeth K. Green
                                        KANTOR & KANTOR, LLP


                                        By:    /S/ - Lisa S. Kantor
                                               Lisa S. Kantor
                                               Attorneys for Plaintiff
                                               JENNIFER SHROYER


Dated: December 22, 2011                Nancy L. Ober
                                        Alexis Sohrakoff
                                        LITTLER MENDELSON


                                        By:    /S/ - Nancy L. Ober
                                               Nancy L. Ober
                                               Attorneys for Defendant
                                               KAR AUCTION SERVICES, INC.
                                               (f/k/a KAR HOLDINGS, INC.)
                                               GROUP HEALTH PLAN

## **ORDER**

Pursuant to the above Stipulation, with good cause shown, IT IS HEREBY ORDERED as follows:

1. The discovery cut-off date, currently set for January 31, 2012, shall be continued to March 1, 2012;

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

3

Case No. 2:11-CV-00765-WBS-GGH
STIPULATION TO CONTINUE DISCOVERY
CUT-OFF DATE

2. The motion cut-off date, currently set for February 28, 2012, shall be continued to March 29, 2012.

Dated: January 5, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

4

Case No. 2:11-CV-00765-WBS-GGH
STIPULATION TO CONTINUE DISCOVERY
CUT-OFF DATE