1  William E. von Behren (Bar No. 106642)
   bvonbehren@mmhllp.com
2  Carol B. Lewis (Bar No. 130188)
   clewis@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   ANTHEM BLUE CROSS OF KENTUCKY, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  JENNIFER SHROYER,                  )  Case No. 2:11-CV-00765-WBS-GGH
                                       )
12        Plaintiff,                   )  **STIPULATION TO CONTINUE
                                       )  DISCOVERY CUT-OFF DATE
13        vs.                          )  AND MOTION CUT-OFF DATE
                                       )  AND ORDER THEREON**
14  KAR HOLDINGS, INC. GROUP           )
    HEALTH PLAN; ANTHEM HEALTH         )
15  PLANS OF KENTUCKY, INC. dba        )
    ANTHEM BLUE CROSS BLUE             )
16  SHIELD,                            )
                                       )
17        Defendants.                  )
   _____)

18

19        This Stipulation is made by and between Plaintiff JENNIFER SHROYER

20  ("Plaintiff") and defendants ANTHEM BLUE CROSS OF KENTUCKY, INC.,

21  erroneously sued herein as ANTHEM HEALTH PLAN OF KENTUCKY, INC., dba

22  ANTHEM BLUE CROSS BLUE SHIELD ("ANTHEM"), and KAR AUCTION

23  SERVICES, INC. (f/k/a KAR HOLDINGS, INC.) GROUP HEALTH PLAN

24  ("KAR") by and through their respective attorneys of record, and is based upon the

25  following facts:

26        1.    On July 21, 2011, this Court issued its Pretrial Scheduling Order setting

27  dates, including a discovery cut-off date of January 31, 2012 and a motion cut-off

28  date of February 28, 2012

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

1

Case No.  2:11-CV-00765-WBS-GGH
STIPULATION TO CONTINUE DISCOVERY
CUT-OFF DATE

1    2.    On December 9, 2011 plaintiff served written discovery on Defendants

2  consisting of Plaintiff's Special Interrogatories, Request for Admissions and Request

3  for Production of Documents.  Plaintiff also served a deposition notice setting the

4  deposition of Anthem's Person Most Knowledgeable for January 24, 2012.

5    3.    As a result of the difficulty in obtaining the information needed to

6  respond to the discovery and/or identifying suitable witness(es) and to prepare them

7  for their depositions during the intervening holiday season, Plaintiff and Anthem

8  have agreed to extend the deadline for responding to the outstanding written

9  discovery from January 12, 2012 to and including February 13, 2012.  The extended

10  deadlines apply to the written discovery served on both Anthem and KAR.  Plaintiff

11  and Anthem have also agreed reschedule the deposition of Anthem's Person Most

12  Knowledgeable to a mutually agreeable date in February, 2012.

13    4.    In order to give the parties the time necessary to ascertain the

14  information necessary to provide full and complete responses to the outstanding

15  discovery and to identify and prepare the appropriate PMK witnesses, the parties

16  respectfully submit that good cause exists to extend the discovery cut-off date to

17  March 1, 2012 and the motion cut-off date to March 29, 2012.

18

19    Based on the foregoing, IT IS HEREBY STIPULATED by and between

20  Plaintiff and Defendants, by and through their respective attorneys of record as

21  follows:

22    1.    The discovery cut-off date, currently set for January 31, 2012, be

23  continued to March 1, 2012;

24    2.    The motion cut-off date, currently set for February 28, 2012, be

25  continued to March 29, 2012.

26

27    IT IS SO STIPULATED.

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

Case No.  2:11-CV-00765-WBS-GGH
STIPULATION TO CONTINUE DISCOVERY
CUT-OFF DATE

1

2  Dated:  December 22, 2011          MESERVE, MUMPER & HUGHES LLP
                                      William E. von Behren
3                                     Joann V. Lee

4
                                      By:   /S/ - William E. von Behren
5                                           William E. von Behren
                                            Attorneys for Defendant
6                                           ANTHEM BLUE CROSS OF
                                            KENTUCKY, INC.
7

8  Dated:  December 22, 2011          Lisa S. Kantor
                                      Elizabeth K. Green
9                                     KANTOR & KANTOR, LLP

10

11
                                      By:   /S/ - Lisa S. Kantor
12                                          Lisa S. Kantor
                                            Attorneys for Plaintiff
13                                          JENNIFER SHROYER

14

15 Dated:  December 22, 2011          Nancy L. Ober
                                      Alexis Sohrakoff
16                                    LITTLER MENDELSON

17

18
                                      By:   /S/ - Nancy L. Ober
19                                          Nancy L. Ober
                                            Attorneys for Defendant
20                                          KAR AUCTION SERVICES, INC.
                                            (f/k/a KAR HOLDINGS, INC.)
21                                          GROUP HEALTH PLAN

22
                                    **ORDER**
23
          Pursuant to the above Stipulation, with good cause shown, IT IS HEREBY
24
   ORDERED as follows:
25
          1.     The discovery cut-off date, currently set for January 31, 2012, shall be
26
   continued to March 1, 2012;
27

28

LAW OFFICES
**MESERVE,**
**MUMPER &**
**HUGHES LLP**
                                       3          Case No.  2:11-CV-00765-WBS-GGH
                                            STIPULATION TO CONTINUE DISCOVERY
0.0                                                          CUT-OFF DATE

1  2.  The motion cut-off date, currently set for February 28, 2012, shall be

2 continued to March 29, 2012.

3

Dated: January 5, 2012

4

5

WILLIAM B. SHUBB
6 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

4    Case No.  2:11-CV-00765-WBS-GGH
STIPULATION TO CONTINUE DISCOVERY
CUT-OFF DATE