NANCY L. OBER, Bar No. 49683
Email: nlober@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Fax:              415.399.8490

Attorneys for Defendant
KAR AUCTION SERVICES, INC. (f/k/a KAR HOLDINGS, INC.) GROUP HEALTH PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SHROYER,<br><br>Plaintiff,<br><br>vs.<br><br>KAR HOLDINGS, INC. GROUP HEALTH PLAN; ANTHEM HEALTH PLANS OF KENTUCKY, INC. dba ANTHEM BLUE CROSS BLUE SHIELD,<br><br>Defendants. | Case No.  2:11-CV-00765-WBS-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION CUTOFF DATE, FINAL PRETRIAL CONFERENCE AND TRIAL DATE**<br><br>Complaint Filed:  March 21, 2011 |

Plaintiff JENNIFER SHROYER, Defendant KAR AUCTION SERVICES, INC. (f/k/a KAR HOLDINGS, INC.) GROUP HEALTH PLAN, and Defendant ANTHEM HEALTH PLANS OF KENTUCKY, INC., through their respective counsel, hereby stipulate and agree as follows:

1. The parties have agreed to submit this matter to private mediation before (Ret.) Judge Edward Infante on June 13, 2012, which is the mediator's first available mutually convenient date.

2. In order to give the parties time to complete mediation, the parties agree to continue the following currently set calendar dates as follows:

   a. Continue the motion cutoff date, currently set for March 29, 2012, to June 29, 2012.

        b.      Continue the Final Pretrial Conference date, currently set for June 11, 2012, to August 7, 2012 at 2:00 p.m., or as otherwise determined by the Court.

        c.      Continue the bench Trial Date, currently set for August 7, 2012, to October 9, 2012 at 9:00 a.m., or as otherwise determined by the Court.

IT IS SO STIPULATED.

Dated: March 27, 2012

*/s/*
NANCY L. OBER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
KAR AUCTION SERVICES, INC (f/d/a/ KAR HOLDINGS, INC.) GROUP HEALTH PLAN

Dated: March 27, 2012

*/s/*
LISA S. KANTOR
KANTOR & KANTOR
Attorneys for Plaintiff
JENNIFER SHROYER

Dated: March 27, 2012

*/s/*
WILLIAM E. VON BEHREN
VON BEHREN & HUNTER LLP
Attorneys for Defendant
ANTHEM HEALTH PLANS OF KENTUCKY, INC.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER    2.    Case No. 2:11-CV-00765-WBS-GGH

## ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED as follows:

1. The motion cutoff date, currently set for March 29, 2012, is continued to June 29, 2012.

2. The Final Pretrial Conference date, currently set for June 11, 2012 at 2:00 p.m., is continued to **August 6, 2012 at 2:00 p.m.**

3. The Trial Date for a bench trial, currently set for August 7, 2012 at 9:00 a.m., is continued to **October 10, 2012 at 9:00 a.m.**

DATE: March 28, 2012

*William B. Shubb* (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Firmwide:109999530.1 068061.1001

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER   3.   Case No. 2:11-CV-00765-WBS-GGH