Lisa S. Kantor, Esq. State Bar No. 110678
 e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. State Bar No. 199634
 e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
JENNIFER SHROYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SHROYER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAR HOLDINGS, INC. GROUP HEALTH PLAN; ANTHEM HEALTH PLANS OF KENTUCKY, INC. dba ANTHEM BLUE CROSS BLUE SHIELD,<br><br>　　　　　Defendants. | Case No.: 2:11-CV-00765-WBS (GGH)<br><br>**ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Based upon the stipulation of the parties, and for good cause shown:

**IT IS HEREBY ORDERED** that this action, Case No. 2:11-CV-00765-WBS (GGH) is dismissed in its entirety, with prejudice.

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

DATED: July 30, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE